JUDGE ROBERT S. LASNIK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

HABEN EMBZAM SEBHATU,

Defendant.

No. CR22-111-RSL

ORDER TERMINATING SUPERVISED RELEASE

This matter having come before the Court on the Defendant's Motion for Termination of Supervised Release, and the Court having reviewed the motion, and the records and files herein,

THE COURT FINDS, pursuant to 18 U.S.C. § 3583(e), that termination of Mr. Sebhatu's supervised release is warranted by the conduct of Mr. Sebhatu and in the interests of justice;

IT IS FURTHER ORDERED that the term of supervised release for Mr. Sebhatu shall be terminated, effective immediately.

The Clerk of the Court is directed to send copies of this order to all counsel of record, and to the United States Probation Office.

IT IS SO ORDERED.

DONE this  1st  day of  November , 2022.

*MrS Lasnik*

ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

ORDER TERMINATING
SUPERVISED RELEASE
(*U.S. v. Haben Sebhatu*, CR22-111-RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

Submitted by:

s/ *Jesse Cantor*
Assistant Federal Public Defender
Attorney for Haben Sebhatu

ORDER TERMINATING
SUPERVISED RELEASE
(*U.S. v. Haben Sebhatu*, CR22-111-RSL)   - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**